UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONNELL TIMOTHY WILLIAMS,

    Plaintiff,

  v.

PATRICK GLEBE, THOMAS GARY BOHON, ERIC JACKSON, LIZA ROHRER, BERNARD WARNER, STACEY HALVERSON,

    Defendant.

CASE NO. C12-5796 RBL/KLS

ORDER DENYING MOTION FOR DISCOVERY

    Before the Court is Plaintiff's Motion of Request for Discovery. ECF No. 21. Plaintiff's motion shall be denied.

## BACKGROUND

    Plaintiff filed his Complaint on September 7, 2012 (ECF No. 5) and Defendants filed a Notice of Appearance on October 9, 2012 (ECF No. 19). On October 17, 2012, Plaintiff filed his Motion of Request for Discovery (Motion) (ECF No. 21). Defendants oppose the motion because Plaintiff fails to demonstrate that he has complied with Fed. R. Civ. P. 37. ECF No. 22. The Court agrees.

## DISCUSSION

    Plaintiff is advised that discovery requests are not filed with the court. Plaintiff must first direct his discovery requests to the parties pursuant to the rules of discovery. In the event the discovery requests are not complied with, Plaintiff must confer with opposing counsel in a good

1  faith attempt to resolve the discovery dispute.  Finally, if the attempt to confer is unsuccessful,

2  Plaintiff may file a motion to compel, which shall include a certification that he, in good faith,

3  conferred or attempted to confer with the person or party failing to make the discovery in an

4  effort to secure the information or material without court intervention in accordance with Fed. R.

5  Civ. P. 37(a)(2)(B).

6       Plaintiff has also filed three letters addressed to Counselor S. Smith.  ECF Nos. 23, 24,

7  and 25.  Plaintiff is advised that the Court will take no action with regard to these letters.  If

8  Plaintiff seeks relief from the Court, he must file a motion, serve a copy of the motion on counsel

9  for Defendants, and note the motion on the Court's calendar.  Letters, exhibits, and other

10 materials that are filed without an appropriate motion will not be addressed by the Court.

11      Accordingly, it is **ORDERED:**

12      (1)    Plaintiff's motion for discovery (ECF No. 21) is **DENIED.**

13      (2)    The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

14      DATED this <u>2nd</u> day of November, 2012.

Karen L. Strombom
United States Magistrate Judge