# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DONNELL TIMOTHY WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK GLEBE, THOMAS GARY BOHON, ERIC JACKSON, LIZA ROHRER, BERNARD WARNER, STACEY HALVERSON,<br><br>Defendant. | CASE NO. C12-5796 RBL/KLS<br><br>ORDER DENYING MOTION FOR AMENDED COMPLAINT |

On November 28, 2012, Plaintiff filed a "Motion for Amended Complaint/With Request to Correct Inmate Records." ECF No. 38. This motion was docketed on December 3, 2012. *Id.* On November 30, 2012, the Court, in response to Plaintiff's motions to submit additional grounds (ECF Nos. 31 and 34) directed Plaintiff to either file his proposed amended complaint or advise the Court in writing that he will pursue the claims in his original complaint. Plaintiff has been ordered to provide this information to the Court no later than December 14, 2012.

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion to amend (ECF No. 38) is **DENIED AS MOOT.**

(2) The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

DATED this   6th   day of December, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1