1

2

3

4

5

6

7

8

9

10

11

|   |
|---|

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONNELL TIMOTHY WILLIAMS,

                 Plaintiff,

    v.

PATRICK GLEBE, THOMAS GARY
BOHON, ERIC JACKSON, LIZA
ROHRER, BERNARD WARNER,
STACEY HALVERSON,

                 Defendant.

CASE NO. C12-5796 RBL/KLS

ORDER DENYING MOTION FOR
AMENDED COMPLAINT

12       On November 28, 2012, Plaintiff filed a "Motion for Amended Complaint/With Request

13 to Correct Inmate Records." ECF No. 38. This motion was docketed on December 3, 2012. *Id.*

14 On November 30, 2012, the Court, in response to Plaintiff's motions to submit additional

15 grounds (ECF Nos. 31 and 34) directed Plaintiff to either file his proposed amended complaint or

16 advise the Court in writing that he will pursue the claims in his original complaint. Plaintiff has

17 been ordered to provide this information to the Court no later than December 14, 2012.

18       Accordingly, it is **ORDERED:**

19      (1)    Plaintiff's motion to amend (ECF No. 38) is **DENIED AS MOOT.**

20      (2)    The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

21      DATED this  _6th_  day of December, 2012.

22

23                                  Karen L. Strombom
                                 United States Magistrate Judge

24