UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONNELL TIMOTHY WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRICK GLEBE THOMASBOHON, ERICK JACKSON, LIZA ROHER, BERNARD WARNER and STACY HALVERSON,<br><br>    Defendants. | CASE NO. C12-5796 RBL-KLS<br><br>ORDER |

This matter has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure. The case is before the Court upon Defendants' motion for an extension of time to file dispositive motions. Dkt No. 58.

After reviewing the motion, the response, the reply, and the balance of the record, the Court finds that Defendant's counsel has shown good cause for the extension and it is hereby GRANTED.

Dispositive motions must be filed on or before March 28, 2014.

The May 30, 2014 date for a joint status report is hereby stricken.

ORDER- 1

1

2    The Clerk is directed to send a copy of this Order to Plaintiff.

3    Dated this 3rd day of February, 2014.

                                                  Karen L. Strombom
                                                  United States Magistrate Judge

ORDER- 2