UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONNELL TIMOTHY WILLIAMS,

Plaintiff,

v.

PATRICK GLEBE, THOMAS GARY
BOHON, ERIC JACKSON, LIZA
ROHRER, BERNARD WARNER,
STACEY HALVARSON,

Defendant.

CASE NO. C12-5796 RBL

ORDER

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation.

(2)     Defendants' motion for summary judgment is **GRANTED**.

(3)     The action is **dismissed with prejudice.**

(4)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for
        defendants and to the Hon. Karen L. Strombom.


**DATED** this 21st day of July, 2014.




_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER- 2